J. SCHNYDER A. G., a Corporation, Respondent, v. DRAEGER SHIPPING CO., INC., et al., Defendants, and FREDERICK DRAEGER, Defendant-Appellant.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

### (March 23, 1943.)

In the Matter of DANIEL J. ADLEY, Appellant, against WICKWIRE SPENCER STEEL COMPANY et al., Respondents. CHARLES ALLEN, JR., et al., Doing Business under the Name of ALLEN & COMPANY, Appearing Specially, Respondents.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of DANIEL J. ADLEY against WICKWIRE SPENCER STEEL COMPANY et al. CHARLES ALLEN, JR., et al., Doing Business under the Name of ALLEN & COMPANY.— Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

### (March 26, 1943.)

SALVADOR REALTY CORPORATION, Appellant, v. HARLEM SAVINGS BANK, Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

MARTIN M. ZIMBALIST, as Receiver of the Property of HARRY FINN, Appellant, v. FINCO DYE & PRINT WORKS, INC., et al., Respondents.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Accounting of ROBERT E. BERGMAN, Guardian of GEORGE R. BUNTING, an Infant. EMMA J. BERGMAN, as Administratrix of the Estate of ROBERT E. BERGMAN, Deceased, et al., Appellants; GEORGE R. BUNTING, Respondent. In the Matter of the Accounting of ROBERT E. BERGMAN, as Executor of KATHERINE L. BUNTING, Deceased. EMMA J. BERGMAN, as Administratrix of the Estate of ROBERT E. BERGMAN, Deceased, Appellant; GEORGE R. BUNTING, Respondent. In the Matter of the Accounting of ROBERT E. BERGMAN, as Trustee under the Will of HARRY F. L. BUNTING, Deceased. EMMA J. BERGMAN, as Administratrix of the Estate of ROBERT E. BERGMAN, Deceased, Appellant; GEORGE R. BUNTING, Respondent.— No opinion.—Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

SOPHIE D. COHEN, Respondent and Appellant, v. ELEANOR C. HUGHES, Appellant and Respondent.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of EDWIN H. GREENLEAF, Petitioner, against JONAH J. GOLDSTEIN, as a Judge of the Court of General Sessions of the County of New York, Respondent.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.